[No. 20919–1–I.   Division One.   March 13, 1989.]

THOMAS J. LAYNE, ET AL, *Appellants,* v. FREDERICK W. HYDE, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–18243–8, John M. Darrah, J., entered August 27, 1987. *Affirmed* by unpublished opinion per

Revelle, J. Pro Tem., concurred in by Scholfield and Winsor, JJ. Now published at 54 Wn. App. 125.